# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Disability Law Center,<br><br>  Plaintiff,<br><br>v.<br><br>Spencer Cox, *et al.*,<br><br>  Defendants. | **DECLARATION OF ROBERT G. BEBOUT**<br><br>Case No. _____ |

1. My name is Bobby. I live in Ogden, Utah. I have CP, and I use a wheelchair.

2. I live in my own apartment with some help.

3. I have a driver's license, so I can go places by myself. I go to the doctor. I shop for my own food. I take my medicine myself.

4. One day, my parents went to court to be in charge of my life. They didn't like that I lived on my own. They didn't want me to see some people. They said I needed help because of my IQ and disabilities. My parents got full control of my life and my money.

5. For a long time, my parents did things I did not like. They told me who I could see. They tried to break me up from my girlfriend. They picked the people who helped me. They talked to my doctor but didn't listen to me. They wouldn't let me pay bills or shop by myself. They took away my truck to punish me.

6. I told them I wanted to make my own choices, but they didn't listen. Then I got a lawyer. My lawyers listened to me. They heard what I wanted for my life. They helped me stand up for myself.

7. After I got my lawyers, they asked the judge to change things. My parents were taken out of the picture. The state became my guardian. But only for a few things. Now, I talk to my guardian every month. I work with my team. They help me live the way I want to.

8. Getting out of a full guardianship changed my life. I used to be stressed all the time. Now I am not. I get to make my own choices. I do things for myself. I also get along with my parents better now.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 17th day of April, 2025 at Salt Lake City, Utah.

*Bobby B*
Robert bebout (Apr 17, 2025 17:14 MDT)
Robert G. Bebout