# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

April 21, 2025

Tom Ford (Bar No. 19795)
ACLU of Utah
311 South State Street, Suite 310
Salt Lake City, UT 84111
Tel: (801) 5221-9862
tford@acluutah.org

RE:     Notice of Ineligible Attorney
        Counsel for: Plaintiff

Dear: Mr. Ford

A case was filed with the U.S. District Court for the District of Utah. The clerk is unable to add you as counsel for plaintiff/defendant for one of the reasons below.

1. Attorney is in registration lapsed status.

If you do not intend to continue representing the client,  it is counsel's responsibility under Local Rule 83-1.4(b) (2) to alert their client of their responsibility to secure other counsel or appear pro se within 21 days.

Gary P. Serdar, Clerk

By: [Stephanie]
Deputy Clerk