IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Disability Law Center,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER COX, GOVERNOR OF THE STATE OF UTAH, in his official capacity, STATE OF UTAH, CHIEF JUSTICE MATTHEW B. DURRANT, CHAIR OF UTAH JUDICIAL COUNCIL, in his official capacity, UTAH JUDICIAL COUNCIL, RONALD B. GORDON, JR., STATE COURT ADMINISTRATOR, in his official capacity, and UTAH ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>Defendants. | ORDER SETTING STATUS AND SCHEDULING CONFERENCE<br><br>Case No. 2:25-cv-00307-RJS<br><br>Chief District Judge Robert J. Shelby |

The court is in receipt of Plaintiff Disability Law Center's Motion for Temporary Restraining Order and Preliminary Injunction.[1]

The court hereby notifies the parties that a status and scheduling conference will be held on Thursday, April 24, 2025, at 10:00 AM in room 3.100.

Ahead of the hearing, Plaintiff is ORDERED to do the following:

1. Plaintiff is to effectuate service upon Defendants copies of the following by Tuesday, April 22, 2025, at 5:00 PM:

    a. This Order;

    b. Plaintiff's Complaint;

---

[1] Dkt. 2, *Plaintiff's Motion and Memorandum in Support of a Temporary Restraining Order and For a Preliminary Injunction*.

    c. Plaintiff's Motion and Memorandum in Support of a Temporary Restraining Order and For a Preliminary Injunction and supporting materials; and

    d. This court's Notice of Hearing.

2. On or before Wednesday, April 23, 2025, at 5:00 PM, Plaintiff is to file with the court a notice confirming the above materials have been served on Defendants. This notice must specify to whom and when the information was sent.

SO ORDERED this 21st day of April 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge