IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DISABILITY LAW CENTER,<br><br>Plaintiff,<br><br>v.<br><br>SPENCER COX, GOVERNOR OF THE STATE OF UTAH, in his official capacity, STATE OF UTAH, CHIEF JUSTICE MATTHEW B. DURRANT, CHAIR OF UTAH JUDICIAL COUNCIL, in his official capacity, UTAH JUDICIAL COUNCIL, RONALD B. GORDON, JR., STATE COURT ADMINISTRATOR, in his official capacity, and UTAH ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>Defendants. | **ORDER SETTING BRIEFING SCHEDULE AND GRANTING STIPULATED MOTION TO STAY**<br><br>Case No. 2:25-cv-00307-RJS<br><br>Chief District Judge Robert J. Shelby |

  The court is in receipt of Plaintiff Disability Law Center's Motion for Temporary Restraining Order and Preliminary Injunction.[1] After meeting with counsel at the Status and Scheduling Conference held on April 24, 2025, the court orders as follows:

1. The court GRANTS the parties' stipulated oral motion to stay enactment and enforcement of Utah Senate Bill 199 until the court rules on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Until such ruling, the parties agree to maintain the status quo with respect to respondents in guardianship proceedings as if S.B. 199 had not been passed.

---

[1] Dkt. 2, *Plaintiff's Motion and Memorandum in Support of a Temporary Restraining Order and For a Preliminary Injunction*.

2. Defendants Chief Justice Matthew B. Durrant, Ronald B. Gordon, Jr., and the Utah Administrative Office of the Courts (the Judiciary Defendants) are ORDERED to file any applicable Rule 12 motions on or before May 8, 2025. Plaintiff is ORDERED to file a Response to any Rule 12 motion on or before May 22, 2025. The Judiciary Defendants may file a Reply in support of any Rule 12 motion on or before May 30, 2025.

3. Defendants Spencer Cox and the State of Utah (the State Defendants) are ORDERED to file a Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction on or before May 30, 2025. Plaintiff may file a Reply on or before June 6, 2025.

4. An in person hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction will be held on July 17, 2025, at 1:30 PM in Room 3.100. The court orders that by July 3, 2025, the parties are to meet and confer to discuss which witnesses (if any) will be taking testimony and to notify the court accordingly.

5. The parties are ORDERED to meet and confer within 14 days of this court's ruling on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction to propose a scheduling order.

6. The State Defendants are ORDERED to file an answer or any applicable Rule 12 motions no later than 30 days after this court's ruling on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

SO ORDERED this 24th day of April 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge